IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| DYNAMIC ADVANCES, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>      Defendant. | Civil Action No. 1:12-cv-1579-DNH-DEP<br><br>JURY TRIAL DEMANDED |
| RENSSELAER POLYTECHNIC INSTITUTE<br>AND<br>DYNAMIC ADVANCES, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>      Defendant. | Civil Action No. 1:13-cv-633-DNH-DEP<br><br>JURY TRIAL DEMANDED |

**STIPULATED JOINT REQUEST TO COORDINATE CIVIL ACTIONS
NO. 1:12-CV-1579-DNH-DEP AND NO. 1:13-CV-633-DNH-DEP UNDER RULE 42**

In the interest of conserving party and judicial resources and avoiding unnecessary cost and delay, Rensselaer Polytechnic Institute ("RPI"), Dynamic Advances, LLC, and Apple Inc. jointly request the Court coordinate Civil Action No. 1:12-cv-1579-DNH-DEP with Civil Action No. 1:13-cv-633-DNH-DEP under Rule 42 of the Federal Rules of Civil Procedure as follows:

1. Civil Action No. 1:12-cv-1579-DNH-DEP is dismissed without prejudice and the parties will proceed to litigate their claims and defenses in Civil Action No. 1:13-cv-633-DNH-DEP.

2. All disclosures, discovery, and filings by Dynamic Advances pursuant to the local patent rules in Civil Action No. 1:12-cv-1579-DNH-DEP are hereby deemed to have occurred in Civil Action No. 1:13-cv-633-DNH-DEP as made jointly by both Dynamic Advances and RPI, including all reservations of rights.

3. All disclosures, discovery, and filings made by Apple pursuant to the local patent rules in Civil Action No. 1:12-cv-1579-DNH-DEP are hereby deemed to have occurred in Civil Action No. 1:13-cv-633-DNH-DEP, including all reservations of rights.

4. All discovery in Civil Action No. 1:12-cv-1579-DNH-DEP is hereby deemed served in Civil Action No. 1:13-cv-633-DNH-DEP.

5. All rulings and orders in Civil Action No. 1:12-cv-1579-DNH-DEP are hereby entered in Civil Action No. 1:13-cv-633-DNH-DEP.  RPI agrees to be bound by these rulings and orders to the same extent Dynamic Advances is bound by the rulings and orders.

6. Discovery in Civil Action No. 1:13-cv-633-DNH-DEP opens on entry of this stipulation.

7. Third-party discovery, including RPI discovery, in Civil Action No. 1:12-cv-1579-DNH-DEP continues to be third-party discovery, and will not be treated as party discovery, in Civil Action 1:13-cv-633-DNH-DEP.

8. The parties will submit a proposed schedule for claim-construction briefing in Civil Action No. 1:13-cv-633-DNH-DEP within ten business days from entry of this stipulation.

9. The parties will submit proposals for any modifications to the discovery orders or rules in Civil Action No. 1:13-cv-633-DNH-DEP within ten business days from entry of this stipulation.

10. In Civil Action No. 1:13-cv-633-DNH-DEP, Dynamic Advances and RPI agree to be bound to the positions taken by Dynamic Advances in Civil Action No. 1:12-cv-1579-DNH-DEP to the same extent that Dynamic Advances would be in Civil Action No. 1:12-cv-1579-DNH-DEP.  In Civil Action No. 1:13-cv-633-DNH-DEP, Apple agrees to be bound to its positions in Civil Action No. 1:12-cv-1579-DNH-DEP to the same extent it would be in Civil Action No. 1:12-cv-1579-DNH-DEP.

| | |
|---|---|
| Date: July 19, 2013 | Respectfully Submitted: |

                                                */s/ Don Tiller*

Nicholas Mesiti (102192)  
**HESLIN ROTHENBERG FARLEY & MESITI**  
5 Columbia Cir.  
Albany, New York 12203  
(518) 452-5600 (telephone)  
(518) 452-5579 (facsimile)  
*Counsel for Plaintiff*  
*Rensselaer Polytechnic Institute*

Paul J. Skiermont (107001)  
Amy E. LaValle (517854)  
Donald E. Tiller (107002)  
**SKIERMONT PUCKETT LLP**  
2200 Ross Avenue, Suite 4800W  
Dallas, Texas 75201  
(214) 978-6600 (telephone)  
(214) 978-6601 (facsimile)  
paul.skiermont@skiermontpuckett.com  
amy.lavalle@skiermontpuckett.com  
don.tiller@skiermontpuckett.com

James R. Muldoon (506772)  
**HARRIS BEACH PLLC**  
333 W. Washington Street  
Suite 200  
Syracuse, New York 13202  
(315) 423-7100 (telephone)  
(315) 422-9331 (facsimile)  
jmuldoon@harrisbeach.com

Of Counsel:  
Lenny Huang (pro hac vice to be filed)  
**SKIERMONT PUCKETT LLP**  
2200 Ross Avenue, Suite 4800W  
Dallas, Texas 75201  
(214) 978-6600 (telephone)  
(214) 978-6601 (facsimile)  
lenny.huang@skiermontpuckett.com

Steven P. Nonkes (517931)  
**HARRIS BEACH PLLC**  
99 Garnsey Road  
Pittsford, NY 14534  
(585) 419-8800 (telephone)  
(585) 419-8813 (facsimile)  
snonkes@harrisbeach.com

*Counsel for Plaintiffs*  
*Rensselaer Polytechnic Institute and*  
*Dynamic Advances, LLC*

*Counsel for Plaintiff*  
*Dynamic Advances, LLC*

| | /s/ *David M. Lacy Kusters* |
|---|---|
| Mitchell J. Katz (301057) | Teresa M. Corbin (pro hac vice) |
| MENTER, RUDIN & TRIVELPIECE, P.C. | David M. Lacy Kusters (pro hac vice) |
| 308 Maltbie Street Suite 200 | FENWICK & WEST LLP |
| Syracuse, New York 13204-1498 | 555 California Street, 12th Floor |
| (315) 474-7541 (telephone) | San Francisco, CA 94104 |
| (315) 474-4040 (facsimile) | (415) 875-2300 (telephone) |
| mkatz@menterlaw.com | (415) 281-1350 (facsimile) |
| | tcorbin@fenwick.com |
| Counsel for Apple Inc. | dlacykusters@fenwick.com |

Hector J. Ribera (pro hac vice)
William A. Moseley, Jr. (pro hac vice)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
(650) 988-8500 (telephone)
(650) 938-5200 (facsimile)
hribera@fenwick.com
wmoseley@fenwick.com

Counsel for Defendant
Apple Inc.

SO ORDERED.

Date: July 22, 2013

By:_____
DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE